# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CARL WHITEHEAD, | ) |
| Plaintiff, | ) |
| vs. | ) CASE NO. 14-468-SCW |
| RICHARD HARRINGTON, | ) |
| Defendant(s). | ) |

## JUDGMENT IN A CIVIL CASE

This case came before this court for jury trial. The issues have been tried and the jury has rendered its verdict (Doc. 96) in favor of Defendant Richard Harrington and against Plaintiff, Carl Whitehead.

THEREFORE, judgment is entered in favor of Defendants **RICHARD HARRINGTON** and against Plaintiff **CARL WHITEHEAD.**

Plaintiff shall take nothing from this action.

The Plaintiff should take notice of the fact that he has 28 days from the date of this judgment for filing a motion for new trial or motion to amend or alter judgment under Rule 59(b) or (e) of the Federal Rules of Civil Procedure. These deadlines for motions under Rule 59 cannot be extended by the Court. The Plaintiff should also note that he has 30 days from the date of this judgment to file a notice of appeal. This period can only be extended if excusable neglect or good cause is shown.

**DATED** this 27th day of September, 2017

**JUSTINE FLANAGAN, ACTING CLERK**

BY: */s/ Angela Vehlewald*
             **Deputy Clerk**

**Approved by   */s/ Stephen C. Williams*
             United States Magistrate Judge
             Stephen C. Williams**